

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2022

No. 04-22-00371-CV

Jeanine **BELL** and Sheila Petsch,
Appellants

v.

Darrell **PETSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16468
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellants' brief is due on October 6, 2022. On September 30, 2022, appellants filed an unopposed motion requesting a thirty-two-day extension of time to file the brief. After consideration, we GRANT the motion and ORDER appellants to file their brief by November 7, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court